### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA

**IN RE: INOTIV DATA
INCIDENT LITIGATION**

Case No. 4:25-CV-00046-PPS-JEM

This Document Relates To: All Actions

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, Laramie Doyal, Emily Merrell, and Stefanie Wagner ("Plaintiffs"), by counsel, hereby voluntarily dismiss this action against Defendant Inotiv Inc., without prejudice, pursuant to Rule 41(a)(1)(A), as Defendant has not filed an answer or motion for summary judgment.

Dated: April 14, 2026

Respectfully submitted,

*/s/Lynn A. Toops*
Lynn A. Toops, No. 26386-49
Amina A. Thomas, No. 34451-49
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenmalad.com
athomas@cohenmalad.com

*Counsel for Plaintiffs and the Class*