UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE: INOTIVE DATA INCIDENT ) 
LITIGATION )
) Cause No. 4:25-cv-46
)

## ORDER

All plaintiffs in this action, through counsel, filed a notice to voluntarily dismiss this action against Inotiv, Inc. without prejudice pursuant to FRCP 41(a)(1)(A). [DE 39.] The notice is signed by the plaintiffs' counsel. As Defendant has not yet filed an answer pr a motion for summary judgment, this action is hereby **DISMISSED WITHOUT PREJUDICE**, with each party bearing its own costs and attorney fees. All other pending motions are **DENIED** as moot. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED: April 15, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT